3025563

(INND Rev. 8/16)                                                                                        page 1

FILED
2020 SEP 30 AM 10: 42
U.S. DISTRICT COURT
NORTHERN DISTRICT
OF INDIANA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[*This form is for non-prisoners to file a civil complaint.* NEATLY *print in ink (or type) your answers.*]

__DaRhonda LaJha McKeel__
[*You are the* PLAINTIFF, *print your full name on this line.*]

v.

__Andrew Kostielney__
[*The* DEFENDANT *is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.*]

Case Number __3:20CV821__
[*For a new case in this court, leave blank. The court will assign a case number.*]

[*The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.*]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | Kenneth Cotter<br>St. Joseph Prosecutor's Office | 227 W Jefferson Blvd<br>Floor 10<br>South Bend, IN 46601 |
| 2 | Jimmy Cornish<br>Child Protective Services / DCS | 300 N Michigan St.<br>South Bend, IN 46601 |
| 3 | Andrew Kostielney<br>St. Joseph County Commissioners | County City Building<br>227 W Jefferson Blvd<br>suite 722<br>South Bend, IN 46601 |

[*If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.*]

1. How many defendants are you suing? __6__

2. What is your address? __2710 Spinnlane Apt K Mishawaka, IN 46545__

3. What is your telephone number: __(574) 386-8362__

4. Have you ever sued anyone for these exact same claims?
   ☒ No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[DO NOT *write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Civil Complaints

④ Marielena Duerring
   Duerring Law Office
   61191  U531  S Colonial Place
   South Bend, IN 46614

⑤ Thomas Stipp
   Stipp Law LLC
   1717 South Bend Ave
   South Bend, IN 46637

⑥ Todd Cummings
   South Bend School Corp
   215 Dr. Martin Luther King Blvd
   South Bend, IN 46601

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

   **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

   **DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Andrew Kostielney aiding of family members to the entire case. Conflict of Interest within Status of this case. All charges against Helaman Heather has been hidden in data bases. Sending supporting evidence of Helaman Heather criminal records. Andy Kostielney is the family member of Helaman Heather wife Bethany Keultjes Heather. I'm also sending pictures of Andrew Kostielney in the background of a picture of my daughter J.M with a black dress in front of other adults. Along for Prosecutors office to have NO Involvment on a attempted murder charge on a 11 year old child, and with the full intent to do bodily harm is not taken J.M life. Helaman also threatened to poke my daughter eye out with a screwdriver if she didn't stop crying. I am sending supporting hospital records of incident Sept. 2, 2018.

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

According to report case still pending. Have not heard from prosecutors office pertaining to the complaint of entire case. I filed protective order in 2018 after strangulation for my minor children, this domestic/criminal matter was heard on Veterans Day, opposing

PRIOR LAWSUITS – Have you ever sued anyone for this exact same event?
- ☒ No.
- ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

RELIEF – If you win this case, what do you want the court to order the defendant to do?

① I want pain and suffering from each defendant.
② $100,000,000
③ Satisfactory relief
④ for my record to be expunged

FILING FEE – Are you paying the filing fee?
- ☒ Yes, I am paying the $400.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.]
- ○ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]
- _QM_ I will keep a copy of this complaint for my records.
- _QM_ I will promptly notify the court of any change of address.
- _QM_ I declare **under penalty of perjury** that the statements in this complaint are true.

_____          Sept 29, 2020
Signature                                                 Date

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

Counsel withdrew off his client case on November 12, 2018. Protective Order was denied on a Federal Observed Holiday. I'm sending copies of the supporting evidence.