Additional to Complaint:
- Prosecutors office of Kenneth Cotter is fully aware of this matter. I set an appointment with prosecutor office in 2013. All attended was myself, Gregory McKeel, Jacqueline McKeel, Ken Cotter, Joe Bock was running for congress, and attended meeting, along with Ken Cotter's private investigator Don Haywood, Ethan McKinney. Discuss my children being behind on vaccines, along with the abuse that taken place, and reporting Helaman never proved through DNA he's the father.
- After showing supporting evidence of childsupport printout that indicates Helaman Heather is the non-custodial parent. Ken Cotter got up from the long table and said Don Haywood is my investigator an he will take it from here.
- As of 2020 the Prosecutor office is threatening to put me in jail again for Helaman's arrearage
- St. Joseph Prosecutors office first appearance pertaining to case was June 2020.
- Misuse of Public office

- I DaRhonda was wrongfully placed in jail on April 25, 2019 with a $5,000 bond on Helaman Heather childsupport arrearage and spent 5 days and released on April 30, 2019 OR me. Didn't pay to be released.
- Prosecutor's office have knowingly and intentionally witheld information on my youngest child A.M since 2010 Cause # 71J01-1001-DR-000035 along with my daughter J.M of Sept 2, 2018 of child abuse charge against Helaman Heather and his wife Bethany Heather. I have been denied access pertaining to my children.
- Prosecutor's has denied me (DaRhonda) of filing any formal charges against Helaman and Bethany Heather.
- Prosecutors office has violated my Due Process Rights.
- According to Prosecutors office this case has been marked private. I have been advised by current Attorney that NO files can be requested from Quest.

Additional to Complaint:
Department of Childservices.

- DCS has failed to protect my children and failed to follow rules and laws.
- I have brought All issues concerning the health and safety of my children A.M and J.M. to DCS and Ombudsman Bureau.
- DCS casemanger Jimmy Cornish offered me a ? as if I was the person abusing my children.

- Jimmy Cornish and Yadira Torres is fully aware of the strangulation on J.M and failed to protect A.M and J.M from their abuser.
- Jimmy Cornish went against hospital report.
- Jimmy Cornish failed to protect them A.M and J.M from lossing their lives to abuse. CPS/DCS - Jimmy Cornish upheld Hekman Heather along with Bethany Heather
- Failure of Due Process rights

DCS/CPS caseworker Jimmy Cornish and Yadira Torres and All other caseworkers that has been on this case has neglected to protect my children from All abuse that has taken place since 2011 to present.

- Obstruction of Justice
- On Sept 2, 2018 my daughter was taken to hospital by me (DaRhonda) because Helaman strangulated my daughter with his bare foot with an intent to do bodily harm and threatned her that she'll go to school with 1 eye if she didn't stop crying along with the wife of Helaman watching this take place. Neither did Bethany Heather call 911 for help or make report of abuse. Sending supporting evidence to follow my complaint.
- Jimmy Cornish (DCS/CPS caseworker) stated to me (DaRhonda) and my father (Gregory) the abuse of strangulation is substantiated along w/ Yadira Torres.

Additional to Complaint.

- Attorney Mauri Duerring knowingly and intentionally aiding a criminal with opposing counsel Attorney Stipp.

- Attorney Duerring was not in the best interest of my children. Mrs Duerring witness the bruises that was upon my children. My son had a blackeye A.M. my daughter with wand down her throat. The bruise on my daughter J.M. upper arm. I also have supporting evidence of Police report along with Dcs/CPS came to my home to make a report.

- Attorney Duerring attempted miscarriage of justice
- Attorney Duerring collected All evidence pertaining to this case, an ignored evidence.
- Mrs. Duerring knew of Helaman criminal background and placed my children it harms way.
- Mrs. Duerring was fully aware Helaman strangulated my daughter on Sept 2, 2018 Mrs Duerring Attended court on Federal observed holiday @ J.J.C. Probate Ct.

submitting evidence to support my complaint against Mrs. Duerring.

- Attorney Mari Duerring upheld the untruth of opposing counsel (Atty Stipp) client. Costing me and my family thousands of dollars on Attorney fee's and other agencies that opposing counsel (Atty Stipp) and Mari Duerring have agreed upon.
- I have paid Mrs. Duerring $521.00 in the beginning which she agreed upon $1,000 for service and both clients pay $500.00 each in 2012. Upon receit of court hearing when opposing counsel granted himself $2,000 Mari Duerring takes the $1,000 of the remaining, neither Mari Duerring or Attorney Stipp did I owe a bill to.
- I DaRhonda showed Mrs. Duerring copies of childsupport printouts Mrs. Duerring neglected to investigate my claim and complaint.

Additional to Complaint:
South Bend School Corperation.
After initially going to the South Bend School Board to file my complaint with Dr. Carol Schmidt advising Dr. Schmit my children was behind on their shots, no action was ever take.
When the new superintendant Dr. Spells came along I met with him addressing the same issues no action was ever taken.
Now comes Todd Cummings the superintendent nothing still has been done. I have been to my children schools they attended spoke with principles also the school records department within school board.
Sending supporting evidence from Cynthia Harris (Records Secretary)

Additional to Complaint:

- Thomas Stipp fabricated custody papers along with fabricating his clients child support arrearage on me. (DaRhonda) Attorney Stipp knowingly and intentionally abused the State Bar.
- Attorney Stipp manipulated every courtroom that this case has been before. Starting from 2011 until present. Sending supporting evidence of Aric J. Rutkowski business card that Attorney Stipp both worked together in same law firm and didn't recuse himself. This was a act of person gain for Attorney Stipp client to keep the kids.
- Also supporting evidence of deposition taken by Lonnie Randolph my attorney, @ the office of Thomas Stipp. Attorney Stipp client (Helaman Heather) during questioning Helaman was asked is he went by any other name his response to that question was NO. Sending supporting evidence that he does go by different names.
- Attorney Stipp also knowingly with an intent to receive gain of $2,000 dollars of $3,000 dollar bail and granted himself. Again misleading the court.